on this question. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

MARTHA M. ENGELFRIED, as Executrix of ALFRED E. ENGELFRIED, Deceased, Respondent, v. MURRAY'S DELIVERY, INC., et al., Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict of the jury is against the weight of the credible evidence. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post,* p. 997.]

■

RALPH ANGELO, Respondent, v. THOMAS SCHNURR, Appellant, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff against defendant Schnurr in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post,* p. 851.]

■

TENNESSEE GAS TRANSMISSION COMPANY, Respondent, v. WALTER F. BEAN, et al., Appellants.— Final order affirmed, with costs. Memorandum: Appellants have limited their appeal to the sole question of whether the report of the commissioners is sufficient upon its face. The report sets forth the rule of damages adopted by the commissioners and the report is clear, explicit and certain. Accordingly, the report is sufficient upon its face. The state of the record before condemnation commissioners in some proceedings may necessitate a more detailed report than that submitted in this proceeding. Inasmuch as appellants have limited their appeal to the question of the sufficiency of the report, from an examination of the report on its face, and appellants not having sought a review on the merits, no such question arises in this case. All concur. (Appeal by defendants from a final order of Seneca County Court confirming the report of the commissioners of appraisal and awarding plaintiff an easement and right of way over property owned by defendants in the towns of Junius and Waterloo, and awarding defendants damages for such right of way.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

TENNESSEE GAS TRANSMISSION COMPANY, Respondent, v. WALTER F. BEAN, Appellant.— Same decision and like cause of action as in companion case of *Tennessee Gas Transmission Co.* v. *Bean* (*ante,* p. 684), decided herewith. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

FRANK KIEBZAK, Appellant, v. SKILLEN EXCAVATING & WRECKING CO., INC., et al., Defendants, and FRANK PIEKARSKI, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of inadequate protection for visitors in a factory.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.